```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
         v.                    )   Criminal No. 05-MJ-00604-AK-1
                               )
PHILIP H. BLOOM,               )
                               )
     Defendant.                )
_____)
```

## JOIN MOTION TO CONTINUE DATE FOR
## DETENTION HEARING AND PRELIMINARY HEARING

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and respectfully moves this Court to continue the Detention Hearing and Preliminary Hearing previously set for November 21, 2005 until November 28, 2005.  The Defendant joins the Government in seeking this Motion.

A proposed order is attached.

DATED: November 18, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

RICHARD PELTIER
Acting Chief, Fraud Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                             ) | |
|         v.                  ) | Criminal No. 05-MJ-00604-AK-1 |
|                             ) | |
| PHILIP H. BLOOM,            ) | |
|                             ) | |
|         Defendant.          ) | |
| _____ ) | |

**ORDER**

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing and Preliminary Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing and Preliminary Hearing previously set for November 21, 2005 is hereby continued until November 28, 2005 at 9:30 a.m.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 18th day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

> Robert A. Mintz, Esq.
> McCarter & English, LLP
> Four Gateway Center
> 100 Mulberry Street,
> Newark, NJ 07102-4056
> (973) 622-4444

> _____
> JAMES A. CROWELL IV
> Trial Attorney
> U.S. Department of Justice
> Criminal Division
> Public Integrity Section
> 10th & Constitution Ave., NW
> Washington, DC 20530
> (202) 514-1412
> james.crowell@usdoj.gov