```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
           v.                 )    Criminal No. 05-MJ-00604-AK-1
                              )
PHILIP H. BLOOM,              )
                              )
     Defendant.               )
_____)
```

### CONSENT MOTION TO TRANSFER
### DEFENDANT TO THE D.C. CORRECTIONAL TREATMENT FACILITY

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and the Defendant, by and through his attorney of record, and respectfully move this Court to transfer the Defendant to the District of Columbia Correctional Treatment Facility. The Defendant's counsel has expressly authorized the United States to file this motion.

The Defendant suffers from pneumonia and kidney problems, which if treated improperly will substantially threaten his health. He requires prescription medication regularly.

The Defendant is a 65 year old, non-violent white collar defendant presently incarcerated in D.C. Jail amidst violent offenders. The Defendant has repeatedly expressed concern for his safety under his current conditions of incarceration.

Additionally, while the Defendant has agreed to be interviewed by the Government in the presence of his counsel, the first interview was interrupted due to the prisoner transport

schedule set by the U.S. Marshals Service.  If the Defendant continues to be incarcerated at D.C. Jail, the Government's opportunity to interview the Defendant will continue to be limited by such transport schedule.  Both parties anticipate that a successful debrief of the Defendant will require extended interviews over a period of several weeks which would be facilitated by incarceration at the Correctional Treatment Facility.

    A proposed order is attached.

A proposed order is attached.

                                    DATED: November 22, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

_____

JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal No. 05-MJ-00604-AK-1 |
| ) | |
| PHILIP H. BLOOM, ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

**<u>ORDER</u>**

Upon consideration, the Parties' Joint Motion to Transfer the Defendant to the D.C. Correctional Treatment Facility is hereby GRANTED, and it is hereby

ORDERED that the Defendant be transferred to the D.C. Correctional Treatment Facility immediately, in order for the Defendant's medical needs to be dealt with appropriately.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 22nd day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

        Robert A. Mintz, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street,
        Newark, NJ 07102-4056
        (973) 622-4444

        _____
        JAMES A. CROWELL IV
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        10th & Constitution Ave., NW
        Washington, DC 20530
        (202) 514-1412
        james.crowell@usdoj.gov