**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-MJ-00604-AK-1 |
| | ) | |
| PHILIP H. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT MOTION TO CONTINUE DATE FOR**
**DETENTION HEARING AND PRELIMINARY HEARING**

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and respectfully moves this Court to continue the Detention Hearing and Preliminary Hearing previously set for November 28, 2005 until December 16, 2005.  The Defendant joins the Government in seeking this Motion.

A proposed order is attached.

DATED: November 25, 2005.


NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
      Laundering Section



_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA,        )
                                 )
            v.                   )      Criminal No. 05-MJ-00604-AK-1
                                 )
PHILIP H. BLOOM,                 )
                                 )
            Defendant.           )
_____  )
```

## <u>ORDER</u>

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing and Preliminary Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing and Preliminary Hearing previously set for November 21, 2005 is hereby continued until December 16, 2005 at 9:30 a.m.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 25th day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

Robert A. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street,
Newark, NJ 07102-4056
(973) 622-4444

_____
JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov