IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00604-AK-1 |
| ) | |
| PHILIP H. BLOOM, ) | **FILED** |
| ) | |
| Defendant. ) | NOV 2 1 2005 |
| ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

ORDER

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing and Preliminary Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing and Preliminary Hearing previously set for November 21, 2005 is hereby continued until November 28, 2005 at 9:30 a.m.

ORDERED this 21st day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE