IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
        v.                      )   Criminal No. 05-MJ-00604-AK-1
                                )
PHILIP H. BLOOM,                )
                                )   FILED
        Defendant.              )
                                )   NOV 2 5 2005
                                
                                    NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

### ORDER

Upon consideration, the Parties' Joint Motion to Transfer the Defendant to the D.C. Correctional Treatment Facility is hereby GRANTED, and it is hereby

ORDERED that the Defendant be transferred to the D.C. Correctional Treatment Facility immediately, in order for the Defendant's medical needs to be dealt with appropriately.

ORDERED this 25 day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE