**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,    )
                             )
          v.                 )    Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,             )
                             )
          Defendant.         )
_____ )

**CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT
AND TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING**

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment of the above-captioned matter and to continue the Detention Hearing and Preliminary Hearing previously set for December 16, 2005.

The Government respectfully requests a 60 day extension of time in which to seek an indictment in this matter up to and including February 16, 2006. This request is made so that the Government may provide additional pre-indictment information to the Defendant, provide the Government and the Defendant's counsel with sufficient time for effective preparation, and allow the parties to explore a pre-indictment resolution of the case. The Government also requests that the Court continue the Detention Hearing until January 6, 2006. The Government further requests that the Court continue the Preliminary Hearing until February 16, 2006.

The Government has contacted counsel for the Defendant, and he has indicated that neither he nor the Defendant objects to the

Government's motion.  The Defendant and the Defendant's counsel has expressly authorized the United States to file this motion.

Wherefore, the Government respectfully requests that the Court grant the instant motion to extend time to indict and to continue the Detention Hearing and the Preliminary Hearing.

A proposed order is attached.

DATED: December 7, 2005

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

NOEL L. HILLMAN
Chief, Public Integrity Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     Criminal No. 05-MJ-00604-AK-1 |
| | ) |
| PHILIP H. BLOOM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Detention Hearing and Preliminary Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from December 13, 2005 to February 16, 2006 based on the representation that the Parties require additional time for the Government to provide additional pre-indictment information to the Defendant, that the Government and the Defendant's counsel require additional time for effective preparation, and that the Parties require additional time to explore a pre-indictment resolution of the case, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until February 16, 2006. The Detention Hearing is continued until January 6, 2006. The Preliminary Hearing is continued until February 16, 2006. The time period from December 13, 2005 to February 16, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 13th day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

```
              Robert A. Mintz, Esq.
              McCarter & English, LLP
              Four Gateway Center
              100 Mulberry Street,
              Newark, NJ 07102-4056
              (973) 622-4444
```

```
              _____
              JAMES A. CROWELL IV
              Trial Attorney
              U.S. Department of Justice
              Criminal Division
              Public Integrity Section
              10th & Constitution Ave., NW
              Washington, DC 20530
              (202) 514-1412
              james.crowell@usdoj.gov
```