IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )   Criminal No. 05-MJ-00604-DAR-1
                                    )
PHILIP H. BLOOM,                    )
                                    )
        Defendant.                  )
                                    )

### ORDER

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing is hereby GRANTED, and it is hereby ORDERED that the Detention Hearing previously set for January 6, 2006 is hereby continued until January 23, 2005 at 9:30 am/pm.

ORDERED this 3rd day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE