## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
        v.                   )        Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,             )
                             )
        Defendant.           )
                             )
_____ )

### ORDER

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing previously set for January 23, 2006 is hereby continued until January 30, 2006 at 5:00 am/pm.

ORDERED this 17th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE