```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
         v.                  )   Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,             )
                             )
      Defendant.             )
_____)
```

**JOINT MOTION TO CONTINUE**
**DATE FOR DETENTION HEARING**

COMES NOW the United States of America, by and through its undersigned counsel in the above-entitled and numbered cause, and respectfully moves this Court to continue the Detention Hearing previously set for January 30, 2006 until April 3, 2006.  The Defendant joins the Government in seeking this Motion.

A proposed order is attached.

DATED: January 24, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,    )
                             )
      v.                     )    Criminal No. 05-MJ-00604-AK-1
                             )
PHILIP H. BLOOM,             )
                             )
    Defendant.               )
_____  )

### ORDER

Upon consideration, the Parties' Joint Motion to Continue Date for Detention Hearing is hereby GRANTED, and it is hereby

ORDERED that the Detention Hearing previously set for January 30, 2006 is hereby continued until April 3, 2006 at ___ am/pm.

ORDERED this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 24th day of January, 2006, I caused to be served by regular mail a copy of the foregoing filing:

> Robert A. Mintz, Esq.
> McCarter & English, LLP
> Four Gateway Center
> 100 Mulberry Street,
> Newark, NJ 07102-4056
> (973) 622-4444

```
                              _____
                              JAMES A. CROWELL IV
                              Trial Attorney
                              U.S. Department of Justice
                              Criminal Division
                              Public Integrity Section
                              10th & Constitution Ave., NW
                              Washington, DC 20530
                              (202) 514-1412
                              james.crowell@usdoj.gov
```