NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number  05-604

## PHILIP H. BLOOM
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

John N. Nassikas, III, Bar # 387167
*(Attorney & Bar ID Number)*

Arent Fox PLLC
*(Firm Name)*

1050 Connecticut Avenue, N.W.
*(Street Address)*

Washington, D.C.          20036
*(City)          (State)          (Zip)*

(202) 857-6000
*(Telephone Number)*