IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL CASE NO. 05-604 |
| Plaintiff, : | |
| vs. : | |
| PHILIP H. BLOOM, : | |
| Defendant. : | |

## MOTION FOR LEAVE FOR ATTORNEY ROBERT ARTHUR MINTZ TO APPEAR PRO HAC VICE

Pursuant to United States District Court for the District of Columbia, Rule 83.2(d), the undersigned moves the Court for leave for Robert Arthur Mintz to appear *pro hac vice* in this matter. The accompanying declaration of Robert A. Mintz is filed in support of this Motion.

Respectfully submitted,

_____
John M. Gurley, Esquire
DC Bar No. 396894
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
(202) 857-6000
(202) 857-6395 (facsimile)

_____
John N. Nassikas, III, Esquire
DC Bar No. 387167
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
(202) 857-6000
(202) 857-6395 (facsimile)

Attorneys for Defendant
Philip H. Bloom

DATED: January 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-604 |
| Plaintiff, | |
| vs. | |
| PHILIP H. BLOOM, | |
| Defendant. | |

DECLARATION OF ROBERT ARTHUR MINTZ
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, ROBERT ARTHUR MINTZ, declare as follows:

1. My full name is Robert Arthur Mintz.

2. My office address and telephone number is:

    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    973-622-4444 (phone)

3. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey. I have also been admitted to the Bar of the Commonwealth of Pennsylvania.

4. I have never been disciplined by any bar of any court.

5. I have not appeared as counsel *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership to the District of Columbia Bar pending.

7. I am familiar with the facts, issues, and pleadings in the above-captioned case. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on January 30, 2006 in Newark, New Jersey.

*/s/ Robert Arthur Mintz*
ROBERT ARTHUR MINTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>PHILIP H. BLOOM,<br><br>　　　　　　　　　　Defendant. | CRIMINAL CASE NO. 05-604<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on motion of Arent Fox PLLC, sponsoring member of the Bar of this Court, on behalf of McCarter & English, LLP, attorneys for defendant Philip H. Bloom, for the entry of an order granting Defendant's motion for *pro hac vice* admission to this Court to Robert Arthur Mintz, and the Court having considered the motion;

**IT IS** on this ___ day of _____, 2006,

**ORDERED** that the motion of defendant to grant *pro hac vice* admission to this Court to Robert Arthur Mintz is granted.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Deborah A. Robinson