IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-604 |
| Plaintiff, | |
| vs. | ORDER |
| PHILIP H. BLOOM, | |
| Defendant. | |

FILED
FEB 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THIS MATTER having been opened to the Court on motion of Arent Fox PLLC, sponsoring member of the Bar of this Court, on behalf of McCarter & English, LLP, attorneys for defendant Philip H. Bloom, for the entry of an order granting Defendant's motion for *pro hac vice* admission to this Court to Robert Arthur Mintz, and the Court having considered the motion;

IT IS on this 1st day of February, 2006,

ORDERED that the motion of defendant to grant *pro hac vice* admission to this Court to Robert Arthur Mintz is granted.

Honorable Deborah A. Robinson
Alan Kay

ME1\5347157.1