IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL CASE NO. 05-604 |
| Plaintiff, : | |
| vs. : | ORDER |
| PHILIP H. BLOOM, : | **FILED** |
| Defendant. : | FEB 0 1 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**THIS MATTER** having been opened to the Court on motion of Arent Fox PLLC sponsoring member of the Bar of this Court, on behalf of McCarter & English, LLP, attorneys for defendant Philip H. Bloom, for the entry of an order granting Defendant's motion for *pro hac vice* admission to this Court to Geoffrey Neam Rosamond, and the Court having considered the motion;

IT IS on this 1 day of February, 2006,

**ORDERED** that the motion of defendant to grant *pro hac vice* admission to this Court to Geoffrey Neam Rosamond is granted.

Honorable ~~Deborah A. Robinson~~
ALAN KAY

ME1\5347194.1